UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIVER PILE AND FOUNDATION CO., INC.,
Plaintiff

-v-

FIDELITY AND DEPOSIT COMPANY
OF MARYLAND,

Defendant

07 CV 6370

Rule 7.1 Statement

WP4

FILED U.S. DISTRICT COURT S.D. OF N.Y. W.P. 2007 JUL 12 P 1:01

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for River Pile and Foundation Co., Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

       **None.**

Date: July 11, 2007

_____
**Signature of Attorney**
**Michael I. Silverstein**
**Attorney Bar Code: MS-0367**

Form Rule7_1.pdf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIVER PILE AND FOUNDATION CO., INC.,
Plaintiff

-v-

FIDELITY AND DEPOSIT COMPANY
OF MARYLAND,

Defendant

Case No. 07 CV 6370

Rule 7.1 Statement

WP4

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for River Pile and Foundation Co., Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**None.**

Date: July 11, 2007

Signature of Attorney
Michael I. Silverstein
Attorney Bar Code: MS-0367

Form Rule7_1.pdf