UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RIVER PILE AND FOUNDATION CO. INC.,

                     Plaintiff,

      -against-

FIDELITY AND DEPOSIT COMPANY OF
MARYLAND,

                    Defendant.
---------------------------------------------------------------X

Case No. 07 CV 6370

<u>Rule 7.1 Statement</u>

      FIDELITY AND DEPOSIT COMPANY OF MARYLAND is a nongovernmental Maryland corporation. It hereby states, by its attorney Neil B. Connelly, that it has a parent company owning 10% or more of its stock, known as ZURICH NORTH AMERICA, a/k/a ZURICH, N.A., as that term is defined by Rule 7.1 of the Federal Rules of Civil Procedure.

                                                s/_____
                                                Neil B. Connelly (NBC-9976)
                                                Attorney for Plaintiff
                                                FIDELITY AND DEPOSIT
                                                COMPANY OF MARYLAND
                                                99 Church Street
                                                White Plains, New York 10601
                                                (914) 328-4100

TO:  Michael I. Silverstein, Esq.
       Welby, Brady & Greenblatt, LLP
       11 Martine Avenue
       White Plains, New York 10606