UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RIVER PILE AND FOUNDATION CO. INC.,

                     Plaintiff,

       -against-

FIDELITY AND DEPOSIT COMPANY OF
MARYLAND,

                     Defendant.
----------------------------------------------------------------X

Case No. 07 CV 6370

Supplemental
Rule 7.1 Statement

       FIDELITY AND DEPOSIT COMPANY OF MARYLAND (hereinafter "F&D") is a nongovernmental Maryland corporation.  In order to supplement and more fully describe the various corporate interrelationships with its corporate parent(s), as that term is defined by Rule 7.1 of the Federal Rules of Civil Procedure, F&D hereby states, by its attorney Neil B. Connelly, that F&D is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation.  Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation.  Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation.  (The remaining 0.1289% is owned by ZGA US Limited.)  Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss corporation.  Zurich Group Holding is owned 43% by Allied Zurich p.l.c and 57% by Zurich Financial Services.  Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich Financial Services.  Zurich Financial

1

2

Services is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

                                                  s/_____
Neil B. Connelly (NBC-9976)
Attorney for Plaintiff
FIDELITY AND DEPOSIT
COMPANY OF MARYLAND
99 Church Street
White Plains, New York 10601
(914) 328-4100

TO:  Michael I. Silverstein, Esq.
      Welby, Brady & Greenblatt, LLP
      11 Martine Avenue
      White Plains, New York 10606