```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
RIVER PILE AND FOUNDATION CO., INC.,

                Plaintiff,

- against -

FIDELITY AND DEPOSIT COMPANY
OF MARYLAND,

                Defendant.
-----------------------------------X

Case No.
07 Civ. 6370 (KMK) (MDF)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all of the parties hereto, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same is hereby discontinued with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 21, 2008

| Welby, Brady & Greenblatt, LLP | Law Offices of Neil B. Connelly |
|---|---|
| _/s/ Michael I. Silverstein_ | _/s/ Sharon M. Edwards_ |
| Michael I. Silverstein, Esq. | Sharon M. Edwards, Esq. |
| Attorneys for Plaintiff | Attorney for Defendant |
| River Pile and Foundation Co., Inc. | Fidelity and Deposit Company of Maryland |
| 11 Martine Avenue - PH | 99 Church Street |
| White Plains, New York 10606 | White Plains, New York 10601 |
| (914) 428-2100 | (914) 328-4100 |

SO ORDERED

_/s/ Kenneth M. Karas_
KENNETH M. KARAS U.S.D.J.
4/18/08